FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0310

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0310

_____

IN THE MATTER OF:

S.H.

    Defendant and Appellant.

_____

ORDER GRANTING MOTION FOR EXTENSION OF TIME

_____

Upon consideration of Appellant's unopposed motion for extension of time for thirty days, and good cause appearing,

IT IS HEREBY ORDERED that the Appellant is granted an extension of time to and including November 20, 2024, within which to prepare, file, and serve Appellant's opening brief on appeal.

ELECTRONICALLY SIGNED AND FILED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 23 2024